KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
MICAH SMITH
MARK A. INCIONG
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Michael.Nammar@usdoj.gov
       Micah.Smith@usdoj.gov
       Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 12, 2020, 1:50pm
Michelle Rynne, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. **20-00113 HG** |
|---|---|
| Plaintiff, | ) NOTICE OF RELATED CASE |
| vs. | ) |
| WAYNE MILLER, | ) |
| Defendant. | ) |

NOTICE OF RELATED CASE

Pursuant to Hawaii Local Rule 40.2 and Crim. Local Rule 12.3, the United States Attorney gives notice herein that the above-captioned Information is related to the following case:  <u>United States v. Michael Miske, et al.</u>, Cr. No. 19-00099 DKW.

DATED:  November 12, 2020 at Honolulu, Hawaii.

        Respectfully submitted,

        KENJI M. PRICE
        United States Attorney
        District of Hawaii

            /s/ Micah Smith
By_____
    MICAH SMITH
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA